# Court of Appeals
# of the State of Georgia

ATLANTA,   January 18, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0198. KENNETH LARUE ET AL. v. METROPOLIS INVESTMENTS, LLC.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that is be hereby GRANTED.  The appellants may file a Notice of Appeal within 10 days of the date of this order.  The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.  Respondent's request for a legislative stay is denied as moot.

LC NUMBER:

22-A-10346-5



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   1/18/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.